Margaret Condon, Respondent, v. Brooklyn Show Case Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

Hasseltine M. Dickins, Appellant, v. The City of New York, Respondent.— Order granting leave to amend answer by interposing Statute of Limitations, reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, upon the ground of laches in moving to amend. We do not decide the question whether under chapter 572 of the Laws of 1886 the action may be maintained. Rich, Kapper and Scudder, JJ., concur; Lazansky, P. J., and Hagarty, J., dissent and vote to affirm.

Francis A. Dickins, Appellant, v. The City of New York, Respondent.— Order granting leave to amend answer by interposing Statute of Limitations, reversed upon the law and the facts, without costs, and motion denied, for the reasons stated in *Dickins* v. *City of New York* (*ante*, p. 853), decided herewith. Rich, Kapper and Scudder, JJ., concur; Lazansky, P. J., and Hagarty, J., dissent and vote to affirm.

Elmhurst-Hampton Holding Corporation, Respondent, v. Colwyn Realty Co., Inc., and Others, Defendants, and Bernard Schlenger, Trustee, and Elizabeth Salzberg, Appellants.— Judgment reversed upon the law and the facts and a new trial granted, costs to abide the event. We are of opinion that a new trial should be had in the interest of justice, so that inquiry may be definitely and specifically made as to the conversations which appellant Schlenger claims he had with Meyer regarding the completion of the apartment house on parcel 1, and the agreement to release the mortgage on parcel 2. Whether Meyer at folio 515 of the record denied the claims of Schlenger in all respects is disputed upon this appeal. This matter is of the greatest importance and should not be allowed to rest in doubt. Findings of fact and conclusions of law inconsistent herewith are reversed. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur. Settle order on notice.

Stephano Ferraro, Respondent, v. Marrillard Builders, Inc., Appellant, and The People of the State of New York, Defendant.— Order of the County Court of Nassau county reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Upon the modification by this court of the order made by the County Court granting plaintiff's motion to strike out the denials contained in defendant's answer and the two defenses, and to dismiss the counterclaim therein, and granting the defendant leave to serve an amended answer on payment of costs, and as so modified affirmed, the appellant was entitled to have the judgment vacated and the issues determined upon the new pleadings. Upon appeal by defendant Marrillard Builders, Inc., from the original order, defendant was under no obligation to apply for a stay and the plaintiff, in entering his judgment, did so subject to the ultimate determination of the appeal. Rich, Kapper, Hagarty and Scudder, JJ., concur; Lazansky, P. J., concurs in result. [136 Misc. 160.]